**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

FILED

APR 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

April 21, 2020

USDC, Northern District of California
450 Golden Gate Ave.
16th Floor, #1111
San Francisco, CA 94102

**RE:**        **USA  vs.  NADEEM KHAN**
**USDC No.:**    **2:12−CR−00185−TLN**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated April 20, 2020 ,
transmitted herewith are the following documents:

**Electronic Documents: 1 to 369**

Documents maintained electronically by the district court are accessible through PACER for the
Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **K. Zignago**

Deputy Clerk

DATE RECEIVED:         APR 2 7 2020

RECEIVED BY:         Jessie Mosley
                    *(Print Name)*

                    CR 20 0166 BLF

NEW CASE NUMBER:

FILED

Apr 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

PROB 22 (ED/CA)
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER *(TRAN. COURT)* |
|---|
| 0972 2:12CR00185-04 |
| DOCKET NUMBER *(REC. COURT)* |
| CR 20-00166-BLF |

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | E-CA | Sacramento |

Nadeem Khan

**FILED**

**Apr 20, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| NAME OF SENTENCING JUDGE |
|---|
| United States District Judge Troy L. Nunley |

| DATES OF | FROM | TO |
|---|---|---|
| ☐ PROBATION ☒ SUPERVISED RELEASE | 3/27/2019 | 3/26/2022 |

| OFFENSE |
|---|
| 21 USC 841(a)(1) – Possession With Intent to Distribute Marijuana (CLASS C FELONY) |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 30, 2020
*Date*

*United States District Judge*

RESTITUTION: If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

April 16, 2020
*Effective Date*

*United States District Judge*

CC: United States Attorney
FLU Unit - United States Attorney's Office
Fiscal Clerk - Clerk's Office

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U. S. District Court
Eastern District of California
By_____
Deputy Clerk
Dated_____

Rev. 05/2013
TRANSFER OF JURIS (PROB22).DOTX

PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:12-cr-00185-TLN-4

Case title: USA v. Cheal et al
Magistrate judge case number: 2:12-mj-00050-KJN

Date Filed: 05/17/2012
Date Terminated: 08/24/2017

Assigned to: District Judge Troy L.
Nunley

### Defendant (4)

**Nadeem Khan**
*TERMINATED: 08/24/2017*

represented by **Thomas A. Johnson**
Law Office of Thomas A. Johnson
400 Capitol Mall
Suite 1620
Sacramento, CA 95814
916-442-4022
Fax: 916-442-4262
Email: taj@tomjohnsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:841A=MD.F POSSESSION
WITH INTENT TO DISTRIBUTE
MARIJUANA
(1s)

### Disposition

Imprisonment of 30 months. The
Court recommended that the
defendant participate in the 500-
Hour Bureau of Prisons Substance
Abuse Treatment Program. Upon
release from imprisonment, the
defendant shall be placed on
Supervised Release for a Term of 36
months. The defendant shall pay a
Special Assessment of $100,
payment to begin immediately. The
Court found the defendant did not
have the ability to pay a fine, and the
imposition of a fine was waived.

### Highest Offense Level (Opening)

Felony

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **KEITH HOLLAND**

Clerk, U. S. District Court
Eastern District of California

By _____
Deputy Clerk
Dated __4·21·2020__

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=MM.F CONSPIRACY TO MANUFACTURE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA (1) | DISMISSED. |
| 21:841A=MD.F POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA (2) | DISMISSED. |
| 21:841A=MM.F MANUFACTURE OF MARIJUANA PLANTS (3) | DISMISSED. |

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:846=MM.F CONSPIRACY TO MANUFACTURE AT LEASE 1,000 MARIJUANA PLANTS AND POSSESS WITH INTENT TO DISTRIBUTE AT LEAST 1,000 KILOGRAMS OF MARIJUANA, A SCHEDULE I CONTROLLED SUBSTANCE | |

**Plaintiff**

**USA**                          represented by **Jason Hitt**
                                 United States Attorney's Office
                                 501 I Street
                                 Suite 10-100
                                 Sacramento, CA 95814
                                 916-554-2751
                                 Fax: 916-554-2900
                                 Email: jason.hitt@usdoj.gov
                                 *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*
                                 *Designation: Assistant US Attorney*

                                 **Amanda Beck , GOVT**

U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
916-554-2700
Fax: 916-554-2900
Email: Amanda.Beck@usdoj.gov
*TERMINATED: 10/02/2019*
*Designation: Assistant US Attorney*

**Kevin Christopher Khasigian ,
GOVT**
United States Attorney's Office
501 I Street
Suite 10-100
Sacamento, CA 95814
916-554-2723
Email: kevin.khasigian@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2012 | 1 | COMPLAINT as to Robb Harrison Cheal (1), Nadeem Khan (2), Robert Carillo (3), Ryan Cheal (4). (Mena-Sanchez, L) [2:12-mj-00050-KJN] (Entered: 02/17/2012) |
| 02/17/2012 | 2 | REQUEST to Seal Criminal Complaint by USA as to Robb Harrison Cheal, Nadeem Khan, Robert Carillo, Ryan Cheal. (Mena-Sanchez, L) [2:12-mj-00050-KJN] (Entered: 02/17/2012) |
| 02/17/2012 | 3 | ORDER SEALING signed by Magistrate Judge Kendall J. Newman on 2/17/12 ORDERING that this case shall be SEALED until further order of the Court. (Mena-Sanchez, L) [2:12-mj-00050-KJN] (Entered: 02/17/2012) |
| 04/02/2012 | 4 | MOTION to UNSEAL as to Robb Harrison Cheal, Nadeem Khan, Robert Carillo, Ryan Cheal by USA. (Michel, G) [2:12-mj-00050-KJN] (Entered: 04/02/2012) |
| 04/02/2012 | 5 | ORDER as to Robb Harri3on Cheal (1), Nadeem Khan (2), Robert Carillo (3), Ryan Cheal (4) signed by Magistrate Judge Kendall J. Newman on 3/30/2012 GRANTING 4 Motion to Unseal. (Michel, G) [2:12-mj-00050-KJN] (Entered: 04/02/2012) |
| 04/02/2012 | 6 | APPLICATION for issuance of Summons and Arrest Warrant by USA (Marciel, M) [2:12-mj-00050-KJN] (Entered: 04/02/2012) |
| 04/02/2012 | 7 | ORDER signed by Magistrate Judge Dale A. Drozd on 3/30/2012 GRANTING government's 6 Application for issuance of Summons |

| | | |
|---|---|---|
| | | and Arrest Warrant. (Marciel, M) [2:12-mj-00050-KJN] (Entered: 04/02/2012) |
| 04/02/2012 | 9 | SUMMONS ISSUED as to defendant Nadeem Khan; Initial Appearance set for 4/27/2012 at 2:00 PM in Courtroom 25 (KJN) before Magistrate Judge Kendall J. Newman. (Marciel, M) [2:12-mj-00050-KJN] (Entered: 04/05/2012) |
| 04/24/2012 | 12 | MEMORANDUM by USA to calendar defendant Nadeem Khan on 4/27/2012 at 2:00 PM. (Hitt, Jason) Modified on 4/26/2012 (Marciel, M). [2:12-mj-00050-KJN] (Entered: 04/24/2012) |
| 04/24/2012 | 13 | MEMORANDUM by USA to calendar defendant Robb Harrison Cheal on 4/30/2012 at 2:00 PM. (Hitt, Jason) Modified on 4/26/2012 (Marciel, M) [2:12-mj-00050-KJN] (Entered: 04/24/2012) |
| 04/26/2012 | 15 | MEMORANDUM by USA requesting calendaring of Initial Appearance on 4/27/2012 for defendant Ryan Cheal. (Hitt, Jason) Modified on 4/26/2012 (Marciel, M) [2:12-mj-00050-KJN] (Entered: 04/26/2012) |
| 04/27/2012 | 16 | MINUTES for INITIAL APPEARANCE proceedings as to Nadeem Khan and Ryan Cheal held before Magistrate Judge Kendall J. Newman on 4/27/2012: Retained counsel Tom Johnson appeared for Nadeem Khan. Retained counsel James Bustamante appeared for Ryan Cheal. Rights given. Defendants waived a formal reading of the Complaint. Charges reviewed. Defendant Nadeem Khan ordered released on a $50,000.00 unsecured appearance bond co-signed by defendant's father, Shohrab Khan. Defendant Ryan Cheal ordered released on a $50,000.00 unsecured appearance bond co-signed by defendant's mother, Jyl Cheal. Co-signatures on the unsecured appearance bond to be faxed to the CRD by 5/1/2012, with the original to follow by 5/4/2012. Preliminary Examination set for 5/18/2012 at 02:00 PM in Courtroom 9 (GGH) before Magistrate Judge Gregery G. Hollows. Attorney Thomas A. Johnson for Nadeem Khan, James A. Bustamante for Ryan Cheal added. Government Counsel Jason Hitt present. Defense Counsel Tom Johnson and James Bustamante present. Custody Status: Defendant present, in custody. ECRO/CD Number: Jonathan Anderson/1 of 1. (Text Only) (Caspar, M) Modified on 4/30/2012 (Caspar, M). [2:12-mj-00050-KJN] (Entered: 04/27/2012) |
| 04/27/2012 | 20 | NOTICE to DEFENDANT BEING RELEASED as to Nadeem Khan. (Mena-Sanchez, L) [2:12-mj-00050-KJN] (Entered: 04/30/2012) |
| 04/27/2012 | 21 | ORDER for Rlease as to Nadeem Khan signed by Magistrate Judge Kendall J. Newman on 4/27/12. (Mena-Sanchez, L) [2:12-mj-00050-KJN] (Entered: 04/30/2012) |
| | | |

| 04/30/2012 | 28 | UNSECURED APPEARANCE BOND POSTED as to Nadeem Khan in amount of $ 50,000.00. (Zignago, K.) [2:12-mj-00050-KJN] (Entered: 05/02/2012) |
|---|---|---|
| 05/17/2012 | 37 | INDICTMENT as to Robb Cheal (1) count(s) 1, 2, 3, Ryan Cheal (2) count(s) 1, 2, 3, Robert Carrillo (3) count(s) 1, 2, 3, Nadeem Khan (4) count(s) 1, 2, 3. (Kastilahn, A) (Entered: 05/18/2012) |
| 05/17/2012 | 38 | AO257 (Sealed) as to Robb Cheal, Nadeem Khan, Robert Carrillo, and Ryan Cheal. (Kastilahn, A) (Entered: 05/18/2012) |
| 05/18/2012 | 39 | MINUTES (Text Only) for proceedings held before Magistrate Judge Gregory G. Hollows: ARRAIGNMENT as to Robb Cheal (1) Count 1,2,3 and Nadeem Khan (4) Count 1,2,3 and Robert Carrillo (3) Count 1,2,3 and Ryan Cheal (2) Count 1,2,3 held on 5/18/2012. NOT GUILTY PLEA ENTERED. Attorney Michael Petrik, Jr for Robb Cheal,Christopher Richard Cosca for Ryan Cheal added. Attorney James A. Bustamante and Ronald James Peters terminated. T4 Start: 05/18/2012 Stop: 07/10/2012. Status Conference set for 7/10/2012 at 09:30 AM in Courtroom 6 (JAM) before Judge John A. Mendez. Government Counsel Jason Hitt present. Defense Counsel Michael Petrik, Tom Johnson, Lisa B. Meier for Zenia Gilg and Christopher Cosca present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 05/18/2012) |
| 05/25/2012 | 40 | NOTICE *of Related Cases 2:12-CV-00477* by USA. Attorney Khasigian, Kevin Christopher added. (Khasigian, Kevin) (Entered: 05/25/2012) |
| 05/31/2012 | 41 | RELATED CASE ORDER signed by Judge John A. Mendez on 5/30/2012 ORDERING that the action denominated 2:12-CV-00477-GEB-DAD be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-CV-00477-JAM-DAD. IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment. (Zignago, K.) (Entered: 05/31/2012) |
| 06/07/2012 | 42 | WAIVER of PERSONAL APPEARANCE by Nadeem Khan. (Johnson, Thomas) (Entered: 06/07/2012) |
| 06/07/2012 | 43 | WAIVER of PERSONAL APPEARANCE by Nadeem Khan. (Johnson, Thomas) (Entered: 06/07/2012) |
| 06/08/2012 | 44 | ORDER as to Nadeem Khan signed by Judge John A. Mendez on 6/7/2012 GRANTING 43 Waiver of Appearance. (Michel, G) (Entered: 06/08/2012) |

| | | |
|---|---|---|
| 07/10/2012 | 48 | MINUTES (Text Only) for proceedings held before Judge John A. Mendez: STATUS CONFERENCE as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal held on 7/10/2012. T4 Start: 7/10/2012 Stop: 9/11/2012. Status Conference reset for 9/11/2012 at 09:45 AM in Courtroom 6 (JAM) before Judge John A. Mendez. Government Counsel M. Beckwith for J. Hitt present. Defense Counsel L. Negin for M. Petrik; C. Cosca; L. Meier for Z. Gilg; C. Kellogg for T. Johnson present. Court Reporter: K. Bennett. (Vine, H) (Entered: 07/10/2012) |
| 09/11/2012 | 49 | MINUTES (Text Only) for proceedings held before Judge John A. Mendez: STATUS CONFERENCE as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal held on 9/11/2012. T4 Start: 9/11/2012 Stop: 11/6/2012, Status Conference reset for 11/6/2012 at 09:45 AM in Courtroom 6 (JAM) before Judge John A. Mendez. Government Counsel J. Hitt present. Defense Counsel M. Petrik; C. Cosca; Z. Gilg; T. Johnson present. Court Reporter: D. Shepard. (Vine, H) (Entered: 09/11/2012) |
| 10/31/2012 | 50 | STIPULATION and PROPOSED ORDER for Continuance For Status Conference by Nadeem Khan. (Johnson, Thomas) (Entered: 10/31/2012) |
| 11/01/2012 | 51 | STIPULATION and ORDER signed by Judge John A. Mendez on 10/31/12: Status Conference RESET for 1/22/2013 at 09:45 AM in Courtroom 6 (JAM) before Judge John A. Mendez. Excludable started as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: T-4 Start: 11/1/12 Stop: 1/22/13. (Kaminski, H) (Entered: 11/01/2012) |
| 01/22/2013 | 57 | MINUTES (Text Only) for proceedings held before Judge John A. Mendez: STATUS CONFERENCE as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal held on 1/22/2013. T4 Start: 1/22/2013 Stop: 3/12/2013. Status Conference reset for 3/12/2013 at 09:45 AM in Courtroom 6 (JAM) before Judge John A. Mendez. Government Counsel J. Hitt present. Defense Counsel M. Petrik; C. Cosca; Z. Gilg; T. Johnson present. Court Reporter: M. Babbitt. (Vine, H) (Entered: 01/22/2013) |
| 02/13/2013 | 60 | SEALED EVENT (Zignago, K.) (Entered: 02/13/2013) |
| 02/13/2013 | 61 | SEALED EVENT (Zignago, K.) (Entered: 02/13/2013) |
| 02/13/2013 | 62 | SEALED EVENT (Zignago, K.) (Entered: 02/13/2013) |
| 02/19/2013 | 65 | SEALED EVENT (Waggoner, D) (Entered: 02/20/2013) |
| 03/12/2013 | 66 | MINUTES (Text Only) for proceedings held before Judge John A. Mendez: STATUS CONFERENCE as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal held on 3/12/2013. T4 Start: |

| | | |
|---|---|---|
| | | 3/12/2013 Stop: 5/14/2013. Status Conference reset for 5/14/2013 at 09:45 AM in Courtroom 6 (JAM) before Judge John A. Mendez. Government Counsel T. Leras for J. Hitt present. Defense Counsel M. Petrik; C. Cosca; O. Hedberg; T. Johnson present. Court Reporter: K. Swinhart. (Vine, H) (Entered: 03/12/2013) |
| 04/04/2013 | 67 | ORDER by Chief Judge Morrison C. England, Jr.: Due to the appointment of *District Judge Troy L. Nunley* to the bench of the Eastern District, this action is reassigned from District Judge *John A. Mendez* for all further proceedings. (Donati, J) (Entered: 04/04/2013) |
| 04/24/2013 | 70 | MINUTE ORDER, as to all defendants, issued by Courtroom Deputy M. Krueger for District Judge Troy L. Nunley on 4/24/2013: Pursuant to the Order of Reassignment 67 , the Status Conference set for 5/14/2013 before Judge John A. Mendez is VACATED and ADVANCED to 5/9/2013 at 9:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (TEXT ONLY ENTRY) (Krueger, M) (Entered: 04/24/2013) |
| 05/09/2013 | 71 | MINUTES (Text Only) for proceedings held before District Judge Troy L. Nunley: STATUS CONFERENCE as to Robb Cheal (1), Ryan Cheal (2), Robert Carrillo (3), and Nadeem Khan (4) held on 5/9/2013. A Further Status Conference SET for 6/6/2013 at 9:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Counsel for defendant Robert Carrillo to inform defendant of next hearing date on 6/6/2013. Excludable started as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: T4 Start: 5/9/2013 - Stop: 6/6/2013. Government Counsel Jason Hitt present. Defense Counsel Michael Petrik-1, Michael Petrik for Chris Cosca-2, Michael Petrik for Olaf Hedberg-3, and Tom Johnson-4 present. Custody Status: Out of Custody; Waivers 1, 2, and 4; Defendant Carrillo-3 not present. Court Reporter: Kelly O'Halloran. (Krueger, M) (Entered: 05/09/2013) |
| 05/15/2013 | 74 | PROPOSED ORDER re Excluding Time from the Speedy Trial Act by USA as to Robb Cheal, Ryan Cheal, Robert Carrillo, Nadeem Khan. (Hitt, Jason) (Entered: 05/15/2013) |
| 05/20/2013 | 75 | ORDER signed by District Judge Troy L. Nunley on 5/17/2013 EXCLUDING TIME as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: XT4 Start: 5/9/2013 Stop: 6/6/2013. (Michel, G) (Entered: 05/20/2013) |
| 06/04/2013 | 76 | STIPULATION and PROPOSED ORDER for Continuance of Status Conference by Nadeem Khan. (Johnson, Thomas) (Entered: 06/04/2013) |
| 06/05/2013 | 77 | STIPULATION and ORDER signed by District Judge Troy L. Nunley on 6/4/2013 ORDERING that the Status Conference is |

| | | |
|---|---|---|
| | | CONTINUED to 9/5/2013 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Excludable started as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: T4 Start: 6/6/2013 Stop: 9/5/2013. (Zignago, K.) (Entered: 06/05/2013) |
| 09/05/2013 | 81 | MINUTES (Text Only) for proceedings held before District Judge Troy L. Nunley: STATUS CONFERENCE as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal held on 9/5/2013. A Further Status Conference, with possible Change of Pleas, SET for 11/21/2013 at 9:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Excludable started as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: T4 Start: 9/5/2013 - Stop: 11/21/2013 Government Counsel: Jason Hitt present. Defense Counsel Michael Petrik-1, Chris Cosca-2, Olaf Hedberg-3, and Tom Johnson-4 present. Custody Status: Out of Custody; Waivers 1, 2, and 4; Defendant Carrillo-3 Out of Custody/Present. Court Reporter: Kimberly Bennett. (Krueger, M) (Entered: 09/05/2013) |
| 11/18/2013 | 83 | STIPULATION and PROPOSED ORDER for Continue Status Conference To December 19, 2013 by Robb Cheal. (Petrik, Michael) (Entered: 11/18/2013) |
| 11/18/2013 | 84 | STIPULATION and ORDER 83 signed by District Judge Troy L. Nunley on 11/18/2013 ORDERING the Status Conference set for 11/21/2013 CONTINUED to 12/19/2013 at 9:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Excludable started as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: T4 Start: 11/18/2013 - Stop: 12/19/2013. (Krueger, M) (Entered: 11/18/2013) |
| 12/19/2013 | 88 | MINUTES (Text Only) for proceedings held before District Judge Troy L. Nunley: STATUS CONFERENCE as to Robb Cheal, Ryan Cheal, Robert Carrillo, and Nadeem Khan held on 12/19/2013. A Further Status Conference with possible Change of Pleas set for 1/30/2014 at 9:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Excludable started as to Robb Cheal, Ryan Cheal, Robert Carrillo, and Nadeem Khan: T4 Start: 12/19/2013 - Stop: 1/30/2014. Government Counsel: Jason Hitt present. Defense Counsel: Michael Petrik-1, Chris Cosca-2, Chris Cosca for Olaf Hedberg-3, and Tom Johnson-4 present. Custody Status: All Out of Custody/Waivers. Court Reporter: Diane Shepard. (Krueger, M) (Entered: 12/19/2013) |
| 01/10/2014 | 91 | PROBATION FORM 12 as to Nadeem Khan signed by Magistrate Judge Dale A. Drozd on 1/9/14 ORDERING that the Initial Appearance on Revocation Proceedings is SET for 1/13/2014 at 02:00 PM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. The Pretrial Services Officer is ORDERED to contact the defendant and/or attorney of record to advise them of said order. |

| | | (Kastilahn, A) (Entered: 01/10/2014) |
|---|---|---|
| 01/13/2014 | 92 | MINUTES (Text Only) for INITIAL APPEARANCE RE REVOCATION OF PRETRIAL RELEASE as to Nadeem Khan held on 1/13/2014 before Magistrate Judge Edmund F. Brennan: All parties present. The Court advised the deft of his rights and the pending charges. The Govt submitted on the matter. Arguments heard. After consideration and for the reasons as stated on the record, the Court ordered the deft to remain on pretrial release and to attend the Better Choices program on 1/21/14 at 10:00 a.m before Magistrate Judge Allison Claire. Government Counsel: Michele Beckwith present. Defense Counsel: Thomas Johnson present. Custody Status: out of custody. Court Reporter/CD Number: Jonathan Anderson. (Cannarozzi, N) (Entered: 01/13/2014) |
| 01/14/2014 | 93 | AMENDED SPECIAL CONDITIONS of RELEASE as to Nadeem Khan. (Cannarozzi, N) (Entered: 01/14/2014) |
| 01/21/2014 | 94 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: BETTER CHOICES COURT PRGRAM (BCCP) PROGRESS REPORT as to Nadeem Khan held on 1/21/2014. The court addressed defendant as to continued compliance with pretrial release conditions. Further BCCP Progress Report Hearing scheduled for 2/18/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Matthew Morris present. Defense Counsel: Rachelle Barbour for Thomas Johnson present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 01/21/2014) |
| 01/29/2014 | 96 | STIPULATION AND ORDER signed by District Judge Troy L. Nunley on 1/28/2014 CONTINUING the Status Conference for Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal to 3/27/2014 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley; EXCLUDING TIME for Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: XT4 Start: 1/27/2014 Stop: 3/27/2014. (Michel, G) (Entered: 01/29/2014) |
| 02/18/2014 | 97 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: Further Better Choices Court Program (BCCP) PROGRESS REPORT as to Nadeem Khan held on 2/18/2014. The court addressed defendant as to continued compliance with pretrial release conditions. The court directed the defendant to contact PTS Officer if any issues arise. Further BCCP Hearing set for 3/18/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Peter Mularczyk for Matt Morris present. Defense Counsel: Lexi Negin present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 02/18/2014) |

| 03/18/2014 | 98 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: BETTER CHOICES COURT PROGRAM (BCCP) PROGRESS REPORT as to Nadeem Khan held on 3/18/2014. The Court addressed the defendant as to continued compliance with the pretrial release conditions and encouraged him to keep up the good work. Further BCCP Hearing is scheduled for 4/22/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Matthew Morris present. Defense Counsel: Lexi Negin for Thomas Johnson. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 03/18/2014) |
|---|---|---|
| 03/25/2014 | 99 | STIPULATION and PROPOSED ORDER for Continue Status Conference To May 22, 2014 by Robb Cheal. (Petrik, Michael) (Entered: 03/25/2014) |
| 03/28/2014 | 100 | STIPULATION and ORDER 99 signed by District Judge Troy L. Nunley on 3/27/14 ORDERING the Status Conference set for 3/27/14 CONTINUED to 5/22/14 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Excludable started as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: T4 Start: 3/27/14 Stop: 5/22/14. (Becknal, R) (Entered: 03/28/2014) |
| 04/22/2014 | 101 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: BETTER CHOICES COURT PROGRAM as to Nadeem Khan held on 4/22/2014. The defendant reports all is going well. The court encourages the defendant to keep up the good work. Better Choices Court Program Hearing is scheduled for 5/20/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Matthew Morris present. Defense Counsel: Linda Harter for Thomas Johnson.Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 04/22/2014) |
| 05/20/2014 | 103 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: BETTER CHOICES COURT PROGRAM as to Nadeem Khan held on 5/20/2014. The defendant informs the court how well everything has been going for him. The court encourages the defendant to keep up the good work and she will see him next month. Better Choices Court Program Hearing is scheduled for 6/17/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Crystal Fulfer present. Defense Counsel: Lexi Negin for Thomas Johnson. Custody Status: Non custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 05/20/2014) |
| 05/21/2014 | 104 | STIPULATION and ORDER as to Robb Cheal, Nadeem Khan, and Ryan Cheal signed by District Judge Troy L. Nunley on 5/20/14, ORDERING that the Status Conference is CONTINUED to |

| | | |
|---|---|---|
| | | 8/14/2014 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Excludable started as to Robb Cheal, Nadeem Khan, and Ryan Cheal: XT4 Start: 5/20/14, Stop: 8/14/14. (Kastilahn, A) (Entered: 05/21/2014) |
| 06/24/2014 | 106 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: BETTER CHOICES COURT PROGRAM as to Nadeem Khan held on 6/24/2014. The defendant reports everything is going well and the court tells the defendant to keep up the good work. Better Choices Court Program is scheduled for 7/29/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Matthew Morris present. Defense Counsel: Lexi Negin present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 06/24/2014) |
| 07/29/2014 | 107 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: FURTHER PROCEEDING RE BETTER CHOICES COURT PROGRAM as to Nadeem Khan held on 7/29/2014. The defendant reports everything is going will and there have been no problems. The court agrees. Further Hearing re BETTER CHOICES COURT PROGRAM is set for 8/19/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Sherry Haus present. Defense Counsel: Rochelle Barbour present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 07/29/2014) |
| 08/12/2014 | 108 | STIPULATION and [PROPOSED] ORDER to Continue Status Conference to 10/16/14, at 9:30 a.m., by Robb Cheal. (Petrik, Michael) Modified on 8/14/2014 (Mena-Sanchez, L). (Entered: 08/12/2014) |
| 08/13/2014 | 109 | STIPULATION and ORDER as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal signed by District Judge Troy L. Nunley on 8/12/14: Status Conference reset for 10/16/2014 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Excludable started as to Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal: XT4 Start: 8/12/14 Stop: 10/16/14. (Manzer, C) (Entered: 08/13/2014) |
| 08/19/2014 | 110 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: (BETTER CHOICES COURT PROGRAM) as to NADEEM KHAN, held on 8/19/2014. The court and the defendant discuss his progress and by all reports he is doing well at this time. Further Hearing re Better Choices Court Program is scheduled for 9/16/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Crystal Fulfer present. Defense Counsel: Lexi Negin present. Custody |

| | | |
|---|---|---|
| | | Status: Non Custody. Court Reporter/CD Number: Jonathan Anderson. (Callen, V) (Entered: 08/19/2014) |
| 09/16/2014 | 111 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: (BETTER CHOICES COURT PROGRAM) as to Nadeem Khan held on 9/16/2014. The defendant was unable to come to court because of car problems. The matter is continued by the court. Better Choices Court Program Hearing is scheduled for 10/21/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Sherry Haus present. Defense Counsel: Lexi Negin present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 09/16/2014) |
| 10/09/2014 | 112 | STIPULATION and [PROPOSED] ORDER to Continue Status Conference to 11/20/14 by Robb Cheal. (Petrik, Michael) Modified on 10/10/2014 (Mena-Sanchez, L). (Entered: 10/09/2014) |
| 10/15/2014 | 113 | STIPULATION and ORDER signed by District Judge Troy L. Nunley on 10/14/14 ORDERING that the Status Conference Hearing as to Defendants Robb Cheal, Nadeem Khan, Robert Carrillo, Ryan Cheal is CONTINUED from 10/16/14 to 11/20/2014 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. The Court ORDERS the time from the date of the parties stipulation, up to and including 11/20/14, EXCLUDED pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4. (Mena-Sanchez, L) (Entered: 10/15/2014) |
| 10/21/2014 | 114 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: (FURTHER BCCP PROGRESS REPORT) as to Nadeem Khan held on 10/21/2014. All reports indicate the defendant is doing well and has adhered to all instructions regarding pretrial release. FURTHER BCCP Hearing set for 11/18/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Laura Huggins for Sherry Haus. Defense Counsel: Rachelle Barbour present. Custody Status: Non Custody. Court Reporter/CD Number: Jonathan Anderson. (Callen, V) Modified on 10/21/2014 (Callen, V). (Entered: 10/21/2014) |
| 11/18/2014 | 115 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: BETTER CHOICES COURT PROGRAM as to Nadeem Khan held on 11/18/2014. The court feels the defendant is doing very well and congratulates him on his upcoming completion of this program next month. Better Choices Court Program Hearing is scheduled for 12/15/2014 at 10:30 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. Government Counsel: Brian Fogerty present. Defense Counsel: Lexi Negin present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 11/18/2014) |

| 11/18/2014 | 116 | STIPULATION and PROPOSED ORDER continuing the Status Conference and excluding time for Robb Cheal, Robert Carrillo, Ryan Cheal. (Petrik, Michael) Modified on 11/19/2014 (Michel, G). (Entered: 11/18/2014) |
|---|---|---|
| 11/20/2014 | 118 | WAIVER OF INDICTMENT by Nadeem Khan. (Michel, G) (Entered: 11/21/2014) |
| 11/20/2014 | 119 | SUPERSEDING INFORMATION (Felony) as to Nadeem Khan (4) count 1s. (Michel, G) (Entered: 11/21/2014) |
| 11/20/2014 | 120 | PLEA AGREEMENT as to Nadeem Khan. (Michel, G) (Entered: 11/21/2014) |
| 11/20/2014 | 121 | MINUTES (Text Only) for proceedings held before District Judge Troy L. Nunley: CHANGE of PLEA HEARING as to Nadeem Khan held on 11/20/2014. Nadeem Khan (4) was ARRAIGNED on the Superseding Information and entered a GUILTY PLEA to Count 1 of the Superseding Information. The Court accepted the guilty plea and adjudged the defendant guilty. The matter was REFERRED to Probation for the preparation of a Presentence Report. Judgment and Sentencing set for 2/5/2015 at 9:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Government Counsel: Jason Hitt present. Defense Counsel: Kristy Kellogg for Tom Johnson present. Custody Status: Present/Out of Custody. Court Reporter: Cathie Bodene. (Krueger, M) (Entered: 11/21/2014) |
| 11/21/2014 | 122 | SCHEDULE of DISCLOSURE for PSR as to Nadeem Khan. Plea Date: *11/20/2014* Sentencing Date: *2/5/2015* Reply Date: *1/29/2015*** Correction Date: *1/22/2015* Report Date: *1/15/2015* Objection Date: *1/8/2015* Proposed Date: *12/24/2014* Copies: *AUSA - Defense Counsel - USPO* (Krueger, M) (Entered: 11/21/2014) |
| 11/21/2014 | 123 | MINUTE ORDER as to Nadeem Khan issued by Courtroom Deputy M. Krueger for District Judge Troy L. Nunley on 11/21/2014: If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing. The parties are cautioned that if any sentencing memoranda is filed late, the judgment and sentencing date may be vacated and the matter continued. (TEXT ONLY ENTRY) (Krueger, M) (Entered: 11/21/2014) |
| 12/15/2014 | 124 | MINUTES (Text Only) for proceedings held before Magistrate Judge Allison Claire: (BETTER CHOICES COURT PROGRAM) as to Nadeem Khan held on 12/15/2014. The court informs the defendant, this is his last day regarding this program and because he |

| | | |
|---|---|---|
| | | has done so well he has graduated and she present him with his certificate of completion. The defendant thanks the court and everyone involved for helping him get his life in order. The court wishes the defendant well. Government Counsel: Jared Dolan present. Defense Counsel: Lexi Negin present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 12/15/2014) |
| 12/22/2014 | 125 | *(TO BE VIEWED BY ASSIGNED COUNSEL ONLY)* DISCLOSED PRESENTENCE INVESTIGATION REPORT (DRAFT) as to Nadeem Khan. Informal objections shall not be submitted via CM/ECF and shall be in compliance with the sentencing schedule and pursuant to Local Rule 460. (Di Dio, C) (Entered: 12/22/2014) |
| 01/13/2015 | 126 | STIPULATION and PROPOSED ORDER for Reschedule Status Conference To March 12, 2015 by Robb Cheal. (Petrik, Michael) (Entered: 01/13/2015) |
| 01/15/2015 | 128 | SENTENCING PRESENTENCE INVESTIGATION REPORT (FINAL) as to Nadeem Khan. (Attachments: # 1 No Objection Letter)(Di Dio, C) (Entered: 01/15/2015) |
| 01/26/2015 | 129 | STIPULATION and PROPOSED ORDER for Continuance of Status Conference. (Johnson, Thomas) (Entered: 01/26/2015) |
| 01/28/2015 | 130 | STIPULATION and ORDER as to Nadeem Khan signed by District Judge Troy L. Nunley on 1/28/15 ORDERING Sentencing CONTINUED to 5/14/2015 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Meuleman, A) (Entered: 01/28/2015) |
| 03/10/2015 | 131 | STIPULATION and [PROPOSED] ORDER for Continuance of Status Conference to 5/7/15 by Robb Cheal. (Petrik, Michael) Modified on 3/10/2015 (Mena-Sanchez, L). (Entered: 03/10/2015) |
| 04/09/2015 | 133 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 04/09/2015) |
| 04/10/2015 | 134 | STIPULATION AND ORDER signed by District Judge Troy L. Nunley on April 10, 2015 as to Nadeem Khan re 133 . The Sentencing Hearing currently set for 05/14/2015 is CONTINUED TO 6/4/2015 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley.(Rivas, A) (Entered: 04/10/2015) |
| 05/07/2015 | 137 | SENTENCING PRESENTENCE INVESTIGATION REPORT (FINAL REVISED) re previously filed 128 Sentencing Presentence Investigation Report (Final) as to Nadeem Khan. (Attachments: # 1 Objection Letter, # 2 Response)(Di Dio, C) (Entered: 05/07/2015) |
| 05/26/2015 | 138 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 05/26/2015) |

| 05/27/2015 | 139 | STIPULATION and ORDER as to Nadeem Khan signed by District Judge Troy L. Nunley on 5/26/2015 ORDERING that Judgment and Sentencing is CONTINUED to 8/27/2015 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Zignago, K.) (Entered: 05/27/2015) |
|---|---|---|
| 08/25/2015 | 148 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 08/25/2015) |
| 08/26/2015 | 149 | STIPULATION and ORDER and MODIFICATION of SCHEDULE as to Nadeem Khan re 148 signed by District Judge Troy L. Nunley on 8/25/15 ORDERING Sentencing CONTINUED TO 11/19/2015 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. Excludable started as to Nadeem Khan: XT-4 Start: 8/27/15 Stop: 11/19/15. (Meuleman, A) (Entered: 08/26/2015) |
| 11/04/2015 | 155 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 11/04/2015) |
| 11/05/2015 | 156 | STIPULATION and ORDER as to Nadeem Khan signed by District Judge Troy L. Nunley on 11/5/15 ORDERING that the Judgment and Sentencing is CONTINUED to 3/10/2016 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Kastilahn, A) (Entered: 11/05/2015) |
| 12/01/2015 | 159 | STIPULATION and PROPOSED ORDER for Continuance of Status Conference by Robert Carrillo. (Johnson, Dustin) (Entered: 12/01/2015) |
| 03/08/2016 | 163 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 03/08/2016) |
| 03/08/2016 | 164 | MINUTE ORDER as to Nadeem Khan issued by Courtroom Deputy M. Krueger for District Judge Troy L. Nunley on 3/8/2016 APPROVING the parties' Stipulation (ECF No. 163 ). Accordingly, the Judgment and Sentencing is hereby CONTINUED to 5/5/2016 at 9:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (TEXT ONLY ENTRY) (Krueger, M) (Entered: 03/08/2016) |
| 04/06/2016 | 167 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 04/06/2016) |
| 04/07/2016 | 168 | STIPULATION and ORDER signed by District Judge Troy L. Nunley on 4/6/16 ORDERING that the Judgment and Sentencing Hearing as to to Nadeem Khan is CONTINUED from 5/5/16 to 5/26/2016 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Mena-Sanchez, L) (Entered: 04/07/2016) |
| 04/14/2016 | 169 | SENTENCING MEMORANDUM; OBJECTION TO PRESENTENCE REPORT by Nadeem Khan. (Johnson, Thomas) |

| | | Modified on 4/15/2016 (Michel, G.). (Entered: 04/14/2016) |
|---|---|---|
| 05/12/2016 | 172 | SENTENCING MEMORANDUM by Nadeem Khan. (Johnson, Thomas) (Entered: 05/12/2016) |
| 05/25/2016 | 173 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 05/25/2016) |
| 05/25/2016 | 174 | STIPULATION and ORDER as to Nadeem Khan 173 signed by District Judge Troy L. Nunley on 5/25/2016 ORDERING the Judgment and Sentencing CONTINUED to 8/18/2016 at 9:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Krueger, M) (Entered: 05/25/2016) |
| 08/09/2016 | 177 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 08/09/2016) |
| 08/10/2016 | 178 | STIPULATION and ORDER as to Nadeem Khan signed by District Judge Troy L. Nunley on 8/9/2016 ORDERING that the Judgment and Sentencing Hearing is CONTINUED to 11/17/2016 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Jackson, T) (Entered: 08/10/2016) |
| 09/20/2016 | 179 | STIPULATION and PROPOSED ORDER for Continuance of Status Conference to November 10, 2016 by Robb Cheal. (Petrik, Michael) (Entered: 09/20/2016) |
| 11/08/2016 | 182 | STIPULATION and PROPOSED ORDER for Continue Status Conference To December 8, 2016 by Robb Cheal. (Petrik, Michael) (Entered: 11/08/2016) |
| 11/14/2016 | 184 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 11/14/2016) |
| 11/15/2016 | 185 | STIPULATION and ORDER as to Nadeem Khan signed by District Judge Troy L. Nunley on 11/15/16, ORDERING that the Judgment and Sentencing hearing is CONTINUED to 2/16/2017 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Kastilahn, A) (Entered: 11/15/2016) |
| 11/21/2016 | 186 | TRANSCRIPT of Motion for Bail Review Proceedings as to Robert Carrillo, held on 04/25/2016, before Magistrate Judge Edmund F. Brennan. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 12/12/2016. Redacted Transcript Deadline set for 12/22/2016. Release of Transcript Restriction set for 2/21/2017 filed by ECRO Jonathan Anderson, Phone number 916-930-4072 E-mail janderson@caed.uscourts.gov. (Anderson, J) (Entered: 11/21/2016) |

| 12/06/2016 | 187 | STIPULATION and PROPOSED ORDER for Continue Status Conference To January 26, 2017 by Robb Cheal. (Petrik, Michael) (Entered: 12/06/2016) |
|---|---|---|
| 01/19/2017 | 189 | PRETRIAL RELEASE VIOLATION PETITION as to Nadeem Khan signed by Magistrate Judge Edmund F. Brennan on 01/19/17. Initial Appearance on Revocation Proceedings SET for 1/19/2017 at 02:00 PM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. (Benson, A) (Entered: 01/19/2017) |
| 01/19/2017 | 190 | MINUTES (Text Only) for INITIAL APPEARANCE RE REVOCATION OF PRETRIAL RELEASE as to Nadeem Khan held on 1/19/2017 before Magistrate Judge Edmund F. Brennan: All parties present. The Court advised the deft of his rights and the pending charges. The Govt moved to revoke the pretrial release of the deft. Defense counsel requested the matter be continued. Arguments heard. After consideration and for the reasons as stated on the record, the Court granted defense counsel's request and ordered the matter continued to 1/23/2017 at 02:00 PM in Courtroom 24 (CKD) before Magistrate Judge Carolyn K. Delaney for further hearing. The Court ordered the deft to remain on pretrial release pending the hearing on 1/23/2017. Government Counsel: Jason Hitt present. Defense Counsel: Thomas Johnson present. Custody Status: out of custody. Court Reporter/CD Number: Jonathan Anderson. (Cannarozzi, N) (Entered: 01/19/2017) |
| 01/23/2017 | 191 | MINUTES (Text Only) for proceedings before Magistrate Judge Carolyn K. Delaney: FURTHER PROCEEDINGS RE REVOCATION OF PRETRIAL RELEASE as to Nadeem Khan held on 1/23/2017. Government moved for revocation of defendant's pretrial release. Defense counsel argued for continued release on conditions. After consideration, the Court revoked defendant's pretrial release privilege and order him remanded into custody. Government Counsel: Jason Hitt present. Defense Counsel: Thomas Johnson present. Custody Status: Present/out of custody. Court Reporter/CD Number: Alexandra Waldrop/ECRO. (Owen, K) (Entered: 01/23/2017) |
| 01/23/2017 | 192 | STIPULATION and PROPOSED ORDER for Continuance of Status Conference to March 2, 2017 by Robb Cheal. (Petrik, Michael) (Entered: 01/23/2017) |
| 01/23/2017 | 194 | DETENTION ORDER as to Nadeem Khan signed by Magistrate Judge Carolyn K. Delaney on 1/23/2017. (Jackson, T) (Entered: 01/24/2017) |
| 02/08/2017 | 195 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing as to Nadeem Khan. (Johnson, Thomas) Modified on 2/8/2017 (Kastilahn, A). (Entered: 02/08/2017) |

| 02/08/2017 | 196 | AMENDED STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) Modified on 2/9/2017 (Kastilahn, A). (Entered: 02/08/2017) |
| 02/09/2017 | 197 | STIPULATION and ORDER signed by District Judge Troy L. Nunley on 2/8/17 ORDERING that the Judgment and Sentencing as to Nadeem Khan scheduled for 2/16/17, is CONTINUED to 3/9/2017 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Mena-Sanchez, L) (Entered: 02/09/2017) |
| 02/28/2017 | 198 | STIPULATION and PROPOSED ORDER for Continuance of Status Conference to March 30, 2017 by Robb Cheal. (Petrik, Michael) (Entered: 02/28/2017) |
| 03/01/2017 | 200 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 03/01/2017) |
| 03/02/2017 | 201 | STIPULATION and ORDER as to Nadeem Khan signed by District Judge Troy L. Nunley on 3/1/2017 ORDERING that Judgment and Sentencing is CONTINUED to 4/6/2017 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Zignago, K.) (Entered: 03/02/2017) |
| 04/04/2017 | 209 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 04/04/2017) |
| 04/04/2017 | 210 | STIPULATION and ORDER as to Nadeem Khan signed by District Judge Troy L. Nunley on 4/4/2017 ORDERING that Judgment and Sentencing is CONTINUED to 6/1/2017 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Zignago, K.) (Entered: 04/04/2017) |
| 04/25/2017 | 213 | TRANSCRIPT of Defendant's Motion for Bail Review Proceedings as to Robert Carrillo, held on 03/29/2017, before Magistrate Judge Edmund F. Brennan. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 5/18/2017. Redacted Transcript Deadline set for 5/26/2017. Release of Transcript Restriction set for 7/24/2017 filed by ECRO Jonathan Anderson, Phone number 916-930-4072 E-mail janderson@caed.uscourts.gov. (Anderson, J) (Entered: 04/25/2017) |
| 05/26/2017 | 227 | STIPULATION and PROPOSED ORDER for Continuance of Judgment and Sentencing. (Johnson, Thomas) (Entered: 05/26/2017) |
| 05/30/2017 | 228 | STIPULATION and ORDER as to Nadeem Khan signed by District Judge Troy L. Nunley on 5/26/17, ORDERING that the Judgment and Sentencing is CONTINUED to 8/17/2017 at 09:30 AM in |

| | | |
|---|---|---|
| | | Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Kastilahn, A) (Entered: 05/30/2017) |
| 08/15/2017 | 236 | STIPULATION and PROPOSED ORDER continuing Judgment and Sentencing for Nadeem Khan. (Johnson, Thomas) (Entered: 08/15/2017) |
| 08/16/2017 | 237 | STIPULATION and ORDER signed by District Judge Troy L. Nunley on 8/15/17 ORDERING that the Judgment and Sentencing hearing as to Nadeem Khan is CONTINUED from 8/17/17 to 8/24/2017 at 09:30 AM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Mena-Sanchez, L) (Entered: 08/16/2017) |
| 08/21/2017 | 238 | SENTENCING MEMORANDUM by Nadeem Khan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Johnson, Thomas) (Entered: 08/21/2017) |
| 08/22/2017 | 239 | RESPONSE TO SENTENCING MEMORANDUM by USA as to Nadeem Khan. (Hitt, Jason) Modified on 8/23/2017 (Mena-Sanchez, L). (Entered: 08/22/2017) |
| 08/24/2017 | 240 | MINUTES (Text Only) for proceedings before District Judge Troy L. Nunley: SENTENCING held on 8/24/2017 for Nadeem Khan (4). Defendant Sentenced on Count 1 of the Superseding Information to imprisonment of 30 months. The Court recommended that the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program. Upon release from imprisonment, the defendant shall be placed on Supervised Release for a Term of 36 months. The defendant shall pay a Special Assessment of $100, payment to begin immediately. The Court found the defendant did not have the ability to pay a fine, and the imposition of a fine was waived. Indictment DISMISSED. DEFENDANT TERMINATED. Government Counsel: Jason Hitt present. Defense Counsel: Thomas Johnson present. Custody Status: Present/In Custody. Court Reporter: Kimberly Bennett. (Krueger, M) (Entered: 08/24/2017) |
| 08/25/2017 | 241 | JUDGMENT and COMMITMENT signed by District Judge Troy L. Nunley on 8/25/2017 as to Nadeem Khan. (Krueger, M) (Entered: 08/25/2017) |
| 11/06/2017 | 244 | ASSOCIATION of ATTORNEY in the case of Robb Cheal, Ryan Cheal, Robert Carrillo, Nadeem Khan. Attorney Amanda Beck for USA added. (Beck, Amanda) (Entered: 11/06/2017) |
| 07/27/2018 | 284 | OPPOSITION by USA to 272 Motion to Dismiss Motion to Enjoin Prosecution. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Hitt, Jason) (Entered: 07/27/2018) |
| 11/27/2018 | 322 | TRANSCRIPT of Evidentiary Hearing, Volume 1, as to Robert |

| | | |
|---|---|---|
| | | Carrillo, held on September 27, 2018, before District Judge Troy L. Nunley, filed by Court Reporter Kacy Barajas, Phone number 916-426-7640 E-mail kbarajas.csr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 12/20/2018. Redacted Transcript Deadline set for 12/31/2018. Release of Transcript Restriction set for 2/25/2019. (Barajas, K) (Entered: 11/27/2018) |
| 11/27/2018 | 323 | TRANSCRIPT of Evidentiary Hearing, Volume 2, as to Robert Carrillo held on October 1, 2018, before District Judge Troy L. Nunley, filed by Court Reporter Kacy Barajas, Phone number 916-426-7640 E-mail kbarajas.csr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 12/20/2018. Redacted Transcript Deadline set for 12/31/2018. Release of Transcript Restriction set for 2/25/2019. (Barajas, K) (Entered: 11/27/2018) |
| 10/02/2019 | 353 | DESIGNATION of COUNSEL FOR SERVICE., attorney Amanda Beck, GOVT terminated. (Hitt, Jason) (Entered: 10/02/2019) |
| 04/20/2020 | 369 | PROBATION FORM 22 as to Nadeem Khan signed by District Judge Troy L. Nunley on 3/30/2020. JURISDICTION TRANSFERRED to Northern District of California. Copy of Transfer Order sent to new district. (Zignago, K.) (Entered: 04/21/2020) |
| 04/21/2020 | 370 | TRANSMITTAL of DOCUMENTS re 369 Probation 22 Out on *4/20/2020* to * USDC, Northern District of California* *450 Golden Gate Ave.* *16th Floor, #1111* *San Francisco, CA 94102*. *Electronic Documents: 1 to 369 * (Zignago, K.) (Entered: 04/21/2020) |