# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KHAN,<br><br>    Defendant. | Case No.  20-cr-00166-BLF-1<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Re:  ECF 3] |

Before the Court is Defendant Nadeem Khan's Motion for Early Termination of Supervised Release. ECF 3. Pursuant to 18 U.S.C. § 3583(e) the Court may, upon consideration of the factors set forth in 18 U.S.C. § 3553(a), terminate a term of previously ordered supervised release and discharge the defendant released at any time after the expiration of one year of supervised release if the Court is satisfied that the action is warranted by a defendant's conduct and the interests of justice. Based on the report from U.S. Probation, ECF 4, and the non-opposition from the U.S. Attorney's Office, ECF 5, the request for early termination is granted.

Accordingly, IT IS HEREBY ORDERED:

1. Khan's Motion for Early Termination of Supervised Release, ECF 3, is GRANTED.

2. Khan's term of supervised release shall be TERMINATED effective immediately.

Dated: October 29, 2020

_____
BETH LABSON FREEMAN
United States District Judge